# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. FRANKLIN JACKSON      Docket No. 3:00CR00098(PCD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Franklin Jackson who was sentenced to 72 months imprisonment for a violation of 21 U.S.C. 841(a)(1), Possession of Cocaine Base with Intent to Distribute by the Honorable Peter C. Dorsey, Senior United States District Judge sitting in the court at New Haven, Connecticut on October 25, 2001 who fixed the period of supervision at 5 years which commenced on October 25, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special conditions. 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient as directed by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer. 2) The defendant shall participate in a mental health treatment program, as directed by the probation officer. He shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 Mandatory Condition: "You shall report as the probation officer directs."

Mr. Jackson has not reported to the Probation Office since May 30, 2007.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to be lodged as a detainer.

### ORDER OF COURT

Considered and ordered this 27th day of September, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Holly B. Fitzsimmons
United States Magistrate Judge

Sworn to By

_____
Christopher Rogers
United States Probation Officer

Place: BRIDGEPORT
Date: 9/27/2007

Before me, the Honorable Holly B. Fitzsimmons United States Magistrate Judge, on this 27th day of September at Bridgeport, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Holly B. Fitzsimmons
United States Magistrate Judge