UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Civil # 3:00cr98(PCD) |
| **FRANKLIN JACKSON**<br>    Defendant | : | |

**APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S
OFFICE PURSUANT TO THE PROVISIONS OF
THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED**

The defendant has sworn under oath or affirmed as to his financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him, pursuant to the provisions of the Criminal Justice Act of 1964, as amended.

Paul Thomas, of the Office of the Federal Public Defender, is appointed to represent the defendant and has been notified of this appointment.

Dated at Bridgeport, Connecticut this 27th day of September, 2007.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge