Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. FRANKLIN JACKSON**

FILED

Docket No. 3:00CR00098(PCD)

2007 DEC 21 P 1: 14

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Franklin Jackson who was sentenced to 72 months imprisonment for a violation of 21 U.S.C. § 841(a)(1), Possession of Cocaine Base With Intent to Distribute by the Honorable Peter C. Dorsey, Senior United States District Judge sitting in the court at New Haven, Connecticut on October 25, 2001, who fixed the period of supervision at 5 years which commenced on October 25, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special conditions. 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient as directed by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer. 2) The defendant shall participate in a mental health treatment program, as directed by the probation officer. He shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1: Special Condition: "Defendant shall obtain substance abuse treatment and/or in-patient/out-patient counseling as deemed necessary by USPO." On October 11, 2007 Mr. Jackson entered inpatient treatment at the APT Foundation. On December 21, 2007, the staff at the APT Foundation discovered that Mr. Jackson was in possession of contraband which was a phone charger and currency. When confronted, Mr. Jackson refused to comply with the rules of the program, gathered his belongings and left without the permission of the Court or probation officer.

Charge No. 2: Standard Condition: "The defendant shall notify the probation officer within 72 hours of any change in residence or employment." The defendant failed to notify the probation officer of his change in residence. On December 26, 2007, the defendant contacted the probation officer but failed to report his new address. His current whereabouts are unknown. He is considered a danger to himself and the community based upon his drug use history and criminal convictions.

Charge No. 3: Standard Condition: "The defendant shall answer truthfully all inquires by the probation officer and follow instructions of the probation officer." The defendant failed to report to the Probation Office on December 26, 2007 as directed by the probation officer.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to be lodged as a detainer.

**ORDER OF COURT**

Considered and ordered this _27 Th._
day of December, 2007 and ordered filed and made a part
of the records in the above case.

_____
The Honorable Peter C. Dorsey
Senior United States District Judge

Sworn to By

_____
Christopher Rogers
United States Probation Officer

Place New Haven, Connecticut

Date _December 27, 2007_

Before me, the Honorable Peter C. Dorsey, Senior United States District Judge, on this _27 th_ day of December, 2007 at New Haven, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Peter C. Dorsey
Senior United States District Judge