# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                            **APPEARANCE**

FRANKLIN JACKSON                              CASE NO.: 3:00CR00098(PCD)

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*

### FRANKLIN JACKSON

Date:  April 29, 2008                               /s/_____
                                                                            *Signature*

Bar No.: ct25379                                     *Sarah A. L. Merriam*
                                                                            *Print Name*

                                                                            *FEDERAL DEFENDER OFFICE*
                                                                            *Firm Name*

                                                                            *265 Church Street, Suite 702*
                                                                            *Address*

                                                                            *New Haven,          CT       06510*
                                                                            *City                      State     Zip Code*

                                                                            *(203) 498-4200*
                                                                            *Phone Number*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Appearance has been mailed to Peter Markle, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510, on this 29th day of April, 2008.

                                                      /s/
                                      _____
                                         Sarah A. L. Merriam