**DISTRICT OF CONNECTICUT**

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

UNITED STATES OF AMERICA

v

May 22, 2008
Roberta D. Tabora, Clerk
By P. A. Villano
Deputy Clerk

**APPEARANCE**

FRANKLIN JACKSON

CASE NUMBER: 3:00-CR-98 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_5/22/08_
Date

_ct 06654_
Bar Number

_[signature]_
Signature

_PAUL A. MURPHY_
Print Name

_U.S. ATTORNEY'S OFFICE_
Firm Name

_915 LAFAYETTE BLVD_
Address

_BRIDGEPORT_    _CT_    _06604_
City            State    Zip Code

_203 696 3000_
Phone Number

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date

_____
Signature