Viol-Hrg(May 22, 2007)

DEPUTY CLERK P. Villano    HONORABLE P.C. Dorsey
USPO Rogers    RPTR/ECRO/TAPE Falcone
                INTERPRETER _____

TOTAL TIME: 0 hours 22 minutes

DATE 5/22/08   START TIME 3:10p   END TIME 3:32p

CR. No. 00cr98(PCD)   DEFT # _____

UNITED STATES OF AMERICA §
§       Paul Murphy   AUSA
vs. §
§
Franklin Jackson §      Sarah Merriam   (P)
                        Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[x] SUPERVISED RELEASE  [ ] PROBATION  [ ] COMPLIANCE HEARING (check one)

[ ] Deft arrested on _____
[ ] Deft failed to appear, Bench warrant to issue
[ ] Violation Hrg continued until _____ at _____
[ ] Deft admits violation
[ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
[ ] Court appoints _____ to represent defendant [ ] for this proceeding [ ] for entire proceeding; CJA Appointment date: _____
[ ] Order appointing Federal Public Defender's Office filed
[x] Court finds deft [x] has [ ] has not violated terms of [ ] probation [x] supervised release on 1 + 3
[x] Probation/Supervised Release [ ] revoked [ ] continued [x] modified
[ ] _____ months imprisonment on Count(s) _____
[ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
[ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____
[ ] Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
[ ] Court recommends incarceration at _____
[ ] Deft shall pay $_____ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)
[ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
[ ] Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
[ ] Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR
[ ] Violation sentencing set for _____
[ ] Deft detained
[x] deft shall reside for 6 mos at the Watkinson House when a bed becomes available

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE