UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | NO. 3:00CR98 (PCD) |
| | : | |
| FRANKLIN JACKSON | : | |

**O R D E R**

On October 25, 2001, the defendant was sentenced to 72 months' imprisonment, followed by 5 years' supervised release.

WHEREAS, in October 2007, Mr. Jackson was admitted to the APT Foundation residential substance abuse treatment program. On December 21, 2007, Mr. Jackson absconded from the program without permission from staff or the probation office. A warrant was issued for his arrest and he was detained on April 11, 2008.

IT IS HEREBY ORDERED that the conditions of supervised release be modified to add a special condition that the defendant be required to reside and participate in a community corrections center (halfway house) program, the Watkinson House, 136 Collins Street, Hartford, Connecticut 06105, for a period of up to 180 days as arranged by the Probation Office and shall abide by the conditions of that program during said placement.

All other aspects of the original judgment shall remain in full force and effect.

SO ORDERED. Dated at New Haven, Connecticut, this 22nd day of May, 2008.

/s/
Peter C. Dorsey
United States District Court