Viol-Hrg(May 22, 2007)

HONORABLE **P.C. Dorsey**
DEPUTY CLERK **P. Villano**   RPTR/ECRO/TAPE **Falcone**
USPO **Rogers**   INTERPRETER _____

TOTAL TIME: **0** hours **36** minutes
DATE **6/30/08**   START TIME **3:14p**   END TIME **3:50p**

CR. No. **00cr 98 (PCD)**   DEFT # _____

UNITED STATES OF AMERICA   §
                           §   **Christopher Mattei** AUSA
vs.                        §
                           §
**Franklin Jackson**       §   **Sarah Merriam** (P)
                               Counsel for Defendant: CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[✓] SUPERVISED RELEASE   [ ] PROBATION   [ ] COMPLIANCE HEARING (check one)

[ ] Deft arrested on _____
[ ] Deft failed to appear, Bench warrant to issue
[ ] Violation Hrg continued until _____ at _____
[✓] Deft admits violation
[ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
[ ] Court appoints _____ to represent defendant [ ] for this proceeding [ ] for entire proceeding; CJA Appointment date: _____.
[ ] Order appointing Federal Public Defender's Office filed
[✓] Court finds deft [✓] has [ ] has not violated terms of [ ] probation [✓] supervised release
[✓] Probation/Supervised Release [ ] revoked [✓] continued [ ] modified
[ ] _____ months imprisonment on Count(s) _____
[ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
[ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____
[ ] Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
[ ] Court recommends incarceration at _____
[ ] Deft shall pay $_____ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)
[✓] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
[ ] Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
[ ] Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR
[ ] Violation sentencing set for _____
[ ] Deft detained

[✓] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

**CONDITIONS OF** ☑ **SUPERVISED RELEASE** ☐ **PROBATION:**

☐ ...... Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month

☐ ...... Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's period of ☐ supervised release ☐ probation on a schedule to be determined by USPO.

☑ ...... Deft shall obtain a psychiatric and/or psychological evaluation and/or counseling; substance abuse treatment and/or counseling; submit to random urine testing & monitoring; educational and/or vocation training; _____ as deemed necessary by USPO.

☐ ...... Deft shall pay the cost of supervision of $_____ per month.

☐ ...... Deft shall perform community service for a period of _____ hours per week for _____ year(s) for a total of _____ hours.

☑ ...... Deft shall obtain and maintain full employment.

☑ ...... Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons of any kind.

☑ ...... Deft is confined to his/her home for a period of _____ months ☑ with electronic monitoring ☐ without electronic monitoring.

☑ ...... ~~Deft~~ USPO shall pay the costs of electronic monitoring.

☐ ...... Deft is sentenced to community confinement (Halfway House) for a period of _____ months.

☐ ...... During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented.

☑ ...... Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

☑ ...... Curfew 6pm - 6am
Deft will reside w/ Allison Sloan
Ms Sloan to function as custodian until deft enters program at Crossroads as inpatient