Viol-Hrg(May 22, 2007)

DEPUTY CLERK P Villano  HONORABLE P C Dorsey  RPTR/ECRO/TAPE Gargiulo
USPO Rogers  INTERPRETER ___

TOTAL TIME: 0 hours 20 minutes
DATE 9/10/08   START TIME 2:00p   END TIME 2:22p

CR. No. 00cr98(PCD)   DEFT # ___

UNITED STATES OF AMERICA §
§   No Show ___ AUSA
vs. §
§
Franklin Jackson §   Sarah Merriam (P)
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[✓] SUPERVISED RELEASE  [ ] PROBATION  [ ] COMPLIANCE HEARING (check one)

[ ] Deft arrested on ___
[ ] Deft failed to appear, Bench warrant to issue
[ ] Violation Hrg continued until ___ at ___
[✓] Deft admits violation
[ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
[ ] Court appoints ___ to represent defendant [ ] for this proceeding [ ] for entire proceeding; CJA Appointment date: ___
[ ] Order appointing Federal Public Defender's Office filed
[✓] Court finds deft [✓] has  [ ] has not violated terms of [ ] probation [✓] supervised release
[✓] Probation/Supervised Release [✓] revoked [ ] continued [ ] modified
[ ] ___ months imprisonment on Count(s) ___
[ ] Upon release the defendant shall be on supervised release for a term of ___ years/months
[ ] [ ] Supervised release [ ] probation continued for a period of ___ years/months on count(s) ___
[ ] Deft shall pay a fine of $___ on Count(s) ___ to be paid by ___
[ ] Court recommends incarceration at ___
[ ] Deft shall pay $___ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)
[ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
[ ] Deft ordered to surrender on ___ to [ ] U.S. Marshal [ ] institution
[ ] Bond [ ] continued [ ] set at $___ [ ] Non-surety [ ] Surety [ ] PR
[ ] Violation sentencing set for ___
[ ] Deft detained
[✓] Supervised Release terminated

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE